In re Estate of H. C. Berthold Wetstone, Deceased. Walter C. Avery, Executor of Estate of H. C. Berthold Wetstone, Deceased, and Louis D. Moorhead, Appellees, v. Martha George et al., Appellants.

Gen. No. 43,700.

opinion filed November 18, 1946; rehearing denied December 4, 1946; released for publication December 4, 1946. Dayton & Oppenheim, for appellants; James A. Dayton, of counsel; Beckman, Healy, Newby & Hough, for certain appellee; Richard E. Kropf, for certain other appellee; Daniel M. Healy, Richard E. Kropf and Walter Healey, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.